P. D. KRAUSS V. THE STATE.

No. 4742.   Decided December 5, 1917.

**Petty Theft—Bill of Exceptions—Judgment—Date.**

In the absence of a proper bill of exceptions, where it appeared from the record that the court heard evidence on defendant's motion as to the date of the judgment, the matter can not be considered on appeal.

Appeal from the County Court of Foard. Tried below before the Hon. G. L. Burk.

Appeal from a conviction of petty theft; penalty, a fine of twenty-five dollars.

The opinion states the case.

*Robert Cole* and *Weeks & Weeks,* for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

PRENDERGAST, JUDGE.—From a conviction of petty theft with a fine of $25 assessed, appellant prosecutes this appeal.

There is no statement of facts agreed to by attorneys or approved by the court. Appellant has one bill of exceptions to the overruling of his motion to correct the date of the judgment rendered against him. This bill, however, shows that the court heard evidence on his motion but the evidence is in no way, either in his bill. or otherwise, preserved so that this court can tell what it was, and hence his bill presents no reversible error. The court must presume that the evidence justified the judge to overrule his motion.

There is nothing else presented which can be reviewed.

The judgment is affirmed.

*Affirmed.*